FILED
CLERK, U.S. DISTRICT COURT
OCT 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>JAVIER RIOS,<br><br>             Defendant. | NO.: CR 06-244-FMC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is

Deten[2].ord

1     based on his failure to proffer any evidence to meet his burden
2     on this issue;
3     and
4 B.  (X)  The defendant has not met his burden of establishing by
5     clear and convincing evidence that he is not likely to pose a
6     danger to the safety of any other person or the community if
7     released under 18 U.S.C. § 3142(b) or (c). This finding is
8     based on his failure to proffer any evidence to meet his burden
9     on this issue.
10    IT THEREFORE IS ORDERED that the defendant be detained pending
11 the further revocation proceedings.

13 DATED: October 28, 2009

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord            2